**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JOSE DOMINGO SAC-VELAZQUEZ,

Petitioner,

v.

TODD M. LYONS, et al.,

Respondents.

**CASE NO.** 5:26-CV-03400-FWS-CTS

**JUDGMENT**

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: November 20, 2026

HONORABLE FRED W. SLAUGHTER
UNITED STATES DISTRICT JUDGE